IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JEREMY JOHN SANDERSFELD, #1875695 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17cv208 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

This civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 should be denied and the case dismissed with prejudice. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the case, has been presented for consideration. No objections have been filed. After reviewing the Report, the Court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is accordingly

**ORDERED** Petitioner's petition for writ of habeas corpus (Dkt. #3) pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions by either party not previously ruled upon are **DENIED**.

**SIGNED this 22nd day of January, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE